**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

# NOTICE OF DOCUMENTS NOT FILED IN RECORD

**CIVIL NO. 00-957**

**Norman Brown et al**

**VERSUS**

**Richard Stalder et al**

**Exhibits to Motions for Summary Judgment by Defendants (6 Black Binders)**

**FILED ON 10/3/05 IN THE ABOVE CAPTIONED CASE HAVE BEEN PLACED BEHIND THE RECORD**

**Beth Perry**
**DEPUTY CLERK**