FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2005 DEC -6 A 9:38

SIGN
BY DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**NORMAN BROWN, ET AL** **CIVIL ACTION**

**VERSUS** **NUMBER 00-957-C-M3**

**RICHARD STALDER, ET AL.**

**consolidated with**

**DONALD WILLIAMSON** **CIVIL ACTION**

**VERSUS** **NUMBER 00-959-C-M3**

**RICHARD STALDER, ET AL**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS WITH PREJUDICE

Now into Court, through their undersigned respective counsels, come plaintiffs and defendants in these consolidated suits, who, on suggesting to the Court that the claims of plaintiffs in these matters have been resolved, compromised and settled, desire that the plaintiffs' suits be dismissed in their entirety including the original Complaints, Amended Complaints and Supplemental Complaints at plaintiffs' costs.

Respectfully submitted,

**COUNSEL FOR PLAINTIFFS:**

Paula Cobb

Paula Cobb (Bar #04214)
1211 Carter Avenue
Baton Rouge, Louisiana 70806
Telephone: (225) 932-9865
Facsimile: (225) 927-9333



RET

**COUNSEL FOR DEFENDANTS**:

CHARLES C. FOTI, JR.
Attorney General
State of Louisiana

By: ______________________________
L. J. Hymel (Bar # 07137)
Michael Reese Davis (Bar # 17529)
Stephen H. Shapiro (Bar # 21076)
Special Assistant Attorneys General
15171 South Harrell's Ferry Road, Suite C
Baton Rouge, Louisiana 70816
Telephone: (225) 755-1060
Facsimile: (225) 755-1065

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**NORMAN BROWN, ET AL** — **CIVIL ACTION**

**VERSUS** — **NUMBER 00-957-C-M3**

**RICHARD STALDER, ET AL.**

**consolidated with**

**DONALD WILLIAMSON** — **CIVIL ACTION**

**VERSUS** — **NUMBER 00-959-C-M3**

**RICHARD STALDER, ET AL**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS ORDERED** that the captioned consolidated suits, including the original Complaints, the Amended Complaints and Supplemental Complaints, be dismissed with prejudice at plaintiffs' cost.

**DONE AND SIGNED** in Chambers in Baton Rouge, Louisiana, this ____day of ____________, 2005.

______________________________

**DOCIA L. DALBY**
**UNITED STATES MAGISTRATE JUDGE**