FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

05 DEC -6 PM 3:48

SIGN______________
by DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**NORMAN BROWN, ET AL** — **CIVIL ACTION**

**VERSUS** — **NUMBER 00-957-C-M3**

**RICHARD STALDER, ET AL.**

**consolidated with**

**DONALD WILLIAMSON** — **CIVIL ACTION**

**VERSUS** — **NUMBER 00-959-C-M3**

**RICHARD STALDER, ET AL**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS ORDERED** that the captioned consolidated suits, including the original Complaints, the Amended Complaints and Supplemental Complaints, be dismissed with prejudice at plaintiffs' cost.

**DONE AND SIGNED** in Chambers in Baton Rouge, Louisiana, this 6th day of December, 2005.

______________________________
~~DOCIA L. DALBY~~ RALPH E. TYSON
UNITED STATES ~~MAGISTRATE~~ JUDGE