**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **NORMAN BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 00-957-C-M3** |
| **RICHARD STALDER, ET AL.** | |

**consolidated with**

| | |
|---|---|
| **DONALD WILLIAMSON** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 00-959-C-M3** |
| **RICHARD STALDER, ET AL** | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO MAINTAIN RECORDS UNDER SEAL**

NOW INTO COURT, through undersigned counsel, come defendants, Richard Stalder, et al., who hereby move pursuant to General Order 93-01 of the United States District Court for the Middle District of Louisiana for an Order maintaining certain records in these proceedings under seal for the following reasons:

1.

Undersigned counsel received a Notice to Counsel from the Office of the Clerk which was filed in these proceedings as Document 117 dated October 31, 2007, wherein counsel was advised that Sealed Documents # 24 and #25 will be unsealed and placed in the case record unless a motion to have said records remain under seal is filed within 10 days of the entry of the Notice.

2.

Sealed Document #24 is a Notice of Filing of Responses to Pro Se Plaintiff's Discovery Requests filed by Defendants and Sealed Document #25 is Answers to Interrogatories and Responses to Request for Production of Documents filed by Defendants.

3.

Although the herein suit has been settled and dismissed, there remains on the docket of this Court the companion case of David Mathis et al. v. Burl Cain et al, Civil Action 00-940 which is open but stayed pursuant to previous Orders of this Court.

4.

A Stay Order was issued by this Court in the Mathis case due to the fact that the five pro se plaintiffs stand charged with capital murder in the 20th Judicial District Court for the State of Louisiana based on the same incident which gives rise to the civil suit. Because of pro se plaintiffs' rights against self-incrimination, the Court stayed the civil proceedings until such time as the criminal cases are concluded. Those criminal charges remain outstanding.

5.

The closed case herein involves the same incident involved in the criminal case as well as the same incident involved in the Mathis case.

6.

The records which defendants request remain under seal include inmate prison records which contain pre-sentence reports. These pre-sentence reports contain sensitive personal information about inmates and their families, victim and witness

statements and inmate "enemy lists." Also included in the sealed records are photographs taken of the slain Corrections Officer, Captain David Knapps, which, if released, could expose family members to unnecessary harassment. Finally, some of the documents pertain to internal prison security procedures which if unsealed could be used by inmates to breach prison security.

WHEREFORE, defendants pray that Sealed Documents #24 and #25 remain under seal for the foregoing reasons.

**COUNSEL FOR DEFENDANTS**:

CHARLES C. FOTI, JR.
Attorney General
State of Louisiana

s/ L. J. Hymel
L. J. Hymel (Bar # 07137)
Michael Reese Davis (Bar # 17529)
Special Assistant Attorneys General
10602 Coursey Boulevard
Baton Rouge, Louisiana 70816
Telephone: (225) 298-8118
Facsimile: (225) 298-8119
E-Mail: ljhymel@hymeldavis.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2007, a copy of the foregoing Motion to Maintain Records Under Seal was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will also be sent to all counsel of record by operation of the court's electronic filing system.

s/ L. J. Hymel
L. J. Hymel

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **NORMAN BROWN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 00-957-C-M3** |
| **RICHARD STALDER, ET AL.** | |

**consolidated with**

| | |
|---|---|
| **DONALD WILLIAMSON** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 00-959-C-M3** |
| **RICHARD STALDER, ET AL** | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>ORDER</u>**

Considering the foregoing Motion to Maintain Records Under Seal;

**IT IS ORDERED** that Sealed Documents #24 and #25 previously filed under seal

in this matter remain under seal.

**DONE AND SIGNED** in Chambers in Baton Rouge, Louisiana, this _____day of

________________, 2007.

______________________________________________

**DOCIA L. DALBY**
**UNITED STATES MAGISTRATE JUDGE**